IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                           Civ. No. 98-1221 JC/WWD

PAUL J. RUBINO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant's Motion to Reassign Venue to Las Cruces [docket no. 9]. No response to the motion has been filed with the Court. The trial judge will deal with the portion of the motion which seeks to have the trial of this cause held in Las Cruces. I will address the portion of the motion which deals with discovery. If Defendant's deposition is to be taken, it shall be taken in Las Cruces, New Mexico.

**IT IS SO ORDERED**.

                                                                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE